14-697-CR

JANUARY14,2015

To Whom this may concern.,

I Leslie d, collins am hereby asking the 4th court of
APPEALS to please cancel my request for for my appeal.
IM asking that this get taken care of as fast as
possible . ive written, called, and have had sent motion
to my Lawyer EDward shaughnessy III . Requesting he please
sign and date amd file this with the FOURTH Court of Appeals

TO THis date I do not know if he has acted on this or not.
Ive went to the Law library at the annex to get help but,
Tayna the lady behind the connter dosnt under stand

why my dimssal was deined because of lack of lawyer

signature , that  has never happened before to her

knowledge.

Im requestiing that  my present attorney be removed and a new
Counsel be appointed to me pleaSE.



2015 JAN 23 PM 12: 16

IN THE COURT OF APPEALS
AT SAN ANTONIO

JANUARY 14th 2015

Dear honorable judge , melissa skinner,

I LESLIE D, COLLINS come before you and ask you to please

Honor my request to dissmiss my Attorney Mr, ED, SHAUGHANESSY

AS  HE HASNT DONE ANY THING IVE ASKED OF HIM. I do not

know what else to do. Ive sent Motions to him to be *Signed and*

filed , ive called and done everytrhing possible in my

*position.*

I thank you for your time and consideration,

I'm tring to get
my Lawyer to sign
my Appeal.

Please help me

Leslie Collins
5825 22 9422
200 N Comel
SATX 78207

04 14 00697

Cause NO. 2013cr8675

THE STATE OF TEXAS

VS.

Leslie Collins

IN THE DISTRICT COURT

290 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

2015 JAN 23 PM 12: 16

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

KEITH E. HOTTLE, CLERK

---

## MOTION TO DISMISS APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _Leslie Collins_, Appellant in the above styled and numbered cause, and requests that this cause on appeal be dismissed and in support of said motion would show the Court the following:

I.

Appellant was convicted under the trial court case number on the _16_ day of _September_, _2014_, of the charge of _Theft under $20 EN_, a violation of Section _31.01_ of the Texas Penal/Health & Safety Code.

II.

On the _3_ _October_ day of _September_, _2014_. Appellant gave notice of appeal in said cause to the 4th Court of Appeals, San Antonio, Texas.

III.

Appellant is aware of his right to continue to prosecute his appeal, and is aware of the consequences should the appeal be dismissed. However, Appellant desires to withdraw from the appellate process at this time and no longer wishes to pursue any changes in the trial court's verdict or decision.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his notice of appeal be dismissed by the Appellate Court.

Respectfully submitted,

_Leslie Callin_

_____

Attorney *for* Appellate

Appellate

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _14_ day of ___Jan___, _2015_, a true and correct copy of the above and foregoing Motion to Dismiss Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Leslie Callin_

Appellate

Cause NO. 2013Cr 8675

THE STATE OF TEXAS

VS.

Leslie Collins

IN THE DISTRICT COURT

290 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## MOTION DISMISS APPOINTED COUNSEL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now __Leslie Collins__, Defendant in the above styled and numbered cause and moves the Court to dismiss __Ed Shaughnessy__ as appointed attorney of record for Defendant, and in support of this motion would show the Court the following:

I

The Defendant stands charged with the felony offense of __Theft under 1500 EN__, in violation of section __31.01__ of the Texas Penal/Health & Safety Code, which cause is pending before this Court.

II.

That __Ed Shaughnessy__ was appointed as attorney of record on the __3__ day of __October__, __2014__.

III.

That appointed counsel has failed to file the appropriate and requested pre-trial motions necessary to the adequate and reasonable defense to the charge pending against Defendant herein.

## IV.

Defendant has lost faith in counsel and no longer trusts counsel's advice.

## V.

That as a result of the attitude and performance of said counsel, there now exists a an irreparable antagonistic relationship between Defendant and appointed counsel, and if Defendant is obliged to stand trial herein with the representation of said counsel, he will be denied a fair trial, will have ineffective assistance of counsel and will be denied his basic constitutional rights. Defendant also will he denied due process and equal protection of the law in violation of Amendments 5, 6 and 14 to the Constitution of the United States, Article 1 Sections 10, 19 and 29 of the Constitution of the State of Texas and Article 1.05 of the Code of Criminal Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully move the Court to dismiss _Ed Shaughnessy_ as the attorney of record herein, and requests that the Court appoint new counsel to represent Defendant in this cause.

Respectfully submitted,

_[signature]_

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _14_ day of _June_, _2015_ a true and correct copy of the above and foregoing Motion to Dismiss Appointed Counsel was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_[signature]_

Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion to Dismiss Appointed Counsel and said motion is hereby

( ) GRANTED      ( ) DENIED

Signed this ____, day of _____, _____.

_____

**Judge Presiding**

# UNSWORN DECLARATION BY INMATE

I, __Leslie collins__ , SID __582522__

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the/4 day of __January__ ,2015.

_____
Defendant